MAR 25 2026 PM 2:26
FILED - USDC - FLMD - ORL

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**AHMED IBRAHIM,**
Plaintiff,

**v.**

**WALT DISNEY CORPORATION,**
Defendant.

Case No: _6:26-CV-00639-AGM-DCI_

---

COMPLAINT FOR EMPLOYMENT DISCRIMINATION

(Title VII of the Civil Rights Act of 1964)

---

1. PARTIES

1. **Plaintiff**, Ahmed Ibrahim, is an individual residing in Haines City, Florida.

2. **Defendant**, Walt Disney Corporation, is an employer doing business in Florida with more than 500 employees.

---

2. **JURISDICTION**

3. This action arises under Title VII of the Civil Rights Act of 1964.

4. This Court has jurisdiction under federal law (28 U.S.C. § 1331).

---

3. **EEOC CHARGE**

5. Plaintiff filed a Charge of Discrimination with the Equal Employment Opportunity Commission (EEOC).

6. The EEOC issued a Notice of Right to Sue dated December 30, 2025.

7. This lawsuit is filed within 90 days of receiving that notice.

## 4. FACTS

8. Plaintiff was hired by Defendant on or about October 11, 2025, as a Housekeeper Cast Member.

9. Plaintiff was selected after being positively evaluated at a job fair and was considered a qualified candidate.

10. Plaintiff is Muslim and of Egyptian national origin.

11. Plaintiff performed daily Islamic prayers, which are required at specific times.

12. During employment, Plaintiff was informed that he was not permitted to pray inside guest rooms and was told he needed to request permission to do so.

13. No immediate alternative or guidance was provided to allow Plaintiff to continue his religious practices during working hours.

14. Plaintiff's initial trainer acknowledged the situation and allowed Plaintiff to pray discreetly, showing accommodation was feasible.

15. Plaintiff was later reassigned to another trainer.

16. Plaintiff was required to complete a KAPA test.

17. On the scheduled test day, Plaintiff was instructed to go to a location but was not given a clear address.

18. Plaintiff made a good-faith effort to go to the location but the trainer did not appear.

19. Plaintiff clocked out at that location, and records exist confirming his presence.

20. Plaintiff was therefore unable to take the test through no fault of his own.

21. On or about October 28, 2025, Plaintiff was terminated for failing to meet performance standards and not passing the test.

22. The stated reason for termination was not the true reason.

---

## 5. CLAIMS

Count I – Religious Discrimination (Title VII)

23. Plaintiff incorporates all previous paragraphs.

24. Defendant failed to provide a reasonable accommodation for Plaintiff's religious practices.

25. Defendant subjected Plaintiff to adverse employment action, including termination.

26. Defendant's actions were based on Plaintiff's religion (Muslim).

---

## Count II – **National Origin Discrimination** (Title VII)

27. Plaintiff incorporates all previous paragraphs.

28. Defendant treated Plaintiff differently due to his national origin (Egyptian).

29. Defendant terminated Plaintiff under circumstances giving rise to discrimination.

---

## 6. DAMAGES

30. Plaintiff suffered loss of income, emotional distress, and other damages.

---

## 7. RELIEF REQUESTED

Plaintiff respectfully requests:

A. Compensation for lost wages
B. Compensatory damages
C. Any other relief the Court deems appropriate

---

## 8. JURY DEMAND

Plaintiff requests a trial by jury.

---

Respectfully submitted,

03.25. 2026

Ahmed Ibrahim
1016 Chandler Dr.
Haines City, FL 33844
Phone: 863-514-6239

(Pro Se Plaintiff)